# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULATIF SHHUB, an individual, | Case No. SACV15-407-AG-DFMx |
| Plaintiff, | **[PROPOSED] PROTECTIVE ORDER** |
| vs. | |
| ITT EDUCATIONAL SERVICES, INC., a Delaware corporation; ITT TECHNICAL INSTITUTE; and DOES 1 through 100, inclusive, | Action Filed: October 3, 2014<br>Trial Date: March 15, 2016 |
| Defendants. | |

## **ORDER**

Good cause appearing therefore, the Court approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

**DOUGLAS F. McCORMICK**

Dated 7/16/2015

Honorable Douglas F. McCormick
United States Magistrate Judge